Monday,
May 27.

The Indianapolis and Cincinnati Railroad Co. *v.* Moore.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed, with costs and 5 per cent. damages, for the reasons given in the case of the same appellant, v. *Abijah Moore*, at the present term, (*ante*, p. 43,) the questions involved being the same in both cases.

*J. S. Scobey*, for the appellant.
*J. B. McFadden*, for the appellee.